IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



FILED
MAY 11 2021
SOUTHERN DISTRICT OF MISSISSIPPI
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:21 CR 10- KS-MTP

TEVIN BRELAND BERNARD BOGAN

Colorado Case No. 23-mj-00091-KLM

## MOTION TO SEAL

The United States of America requests that the Indictment and all documents filed herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. Revealing the existence of the file and Indictment prior to the arrest of the Defendant would jeopardize law enforcement agents and greatly impede the apprehension of the Defendant. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the indictment, warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Indictment and Return, and this Motion and the Order to Seal, pending the arrest of the Defendant and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention of the Defendant.

Respectfully submitted,

DARREN J. LAMARCA
Acting United States Attorney

By: _____
Shundral H. Cole
Assistant United States Attorney
MS Bar # 103003

A TRUE COPY, I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK
BY: _____
DEPUTY CLERK



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 11 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:21CR10-KS-MTP

TEVIN BRELAND BERNARD BOGAN

ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the arrest and detention of the Defendant.

ORDERED this 11th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21CR10-KS-MTP

TEVIN BRELAND BERNARD BOGAN  26 U.S.C. § 5861(d)

**The Grand Jury charges:**

On or about April 9, 2019, in Jasper County in the Eastern Division of the Southern District of Mississippi, the defendant, **TEVIN BRELAND BERNARD BOGAN**, knowingly possessed a firearm, to-wit: a twelve-gauge Maverick model 88 shotgun which had been modified to be a firearm with a barrel less than 18 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this Indictment:

**One (1) Maverick, model 88, 12-gauge shotgun (weapon made from a shotgun) with serial number MV89230S; and**

**Any and all ammunition.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and, Title 49, United States Code, Section 80303.

DARREN J. LAMARCA
Acting United States Attorney

A TRUE BILL:

Signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 11th day of May, 2021.

UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK
BY:
DEPUTY CLERK