AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:43 am, May 12, 2023
**JEFFREY P. COLWELL, CLERK**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-cr-10-KS-MTP |
| TEVIN BRELAND BERNARD BOGAN | ) | |
| (wherever found) | ) | Colorado Case No. 23-mj-00091-KLM |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TEVIN BRELAND BERNARD BOGAN (wherever found)                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   POSSESSION OF AN UNREGISTERED FIREARM

**ARTHUR JOHNSTON, CLERK**

*L. Regan* (signature)

Date:   05/12/2021

*Issuing officer's signature*

City and state:   HATTIESBURG, MS

L. Regan, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |