IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00091-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEVIN BRELAND BERNARD BOGAN

    Defendant.

---

## NOTICE OF APPEARANCE
---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Kelly Christl, enters its appearance on behalf of the Defendant, Tevin Breland Bernard Bogan.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    */s/ Kelly Christl*
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Kelly_Christl@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Lee Surratt, Assistant U.S. Attorney
    Email:  andrea.surratt@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Tevin Breland Bernard Bogan (via mail)


        */s/ Kelly Christl*
        KELLY CHRISTL
        Assistant Federal Public Defender